Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

RICHARD W. NAGEL
CLERK OF COURT

for the

Southern District of OHIO

Dayton Division

FILED

HAY 18 2026 2:06 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO DAYTON

2:26 cv 593

RONALD E HARRIS II

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

BARRACK OBAMA

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

JUDGE SARGUS

Magistrate Judge Shimeall

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                Ronald Harris II
Street Address      1580 State Route 56 SW
City and County     London, Madison
State and Zip Code  OHIO  43140
Telephone Number    (614) 387-0588
E-mail Address      drc.ohio.gov

SEE ATTACHMENTS

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

B.        The Plaintiff(s)

Name        Rebecca L HARRIS

Street Address    2138 South Indiana #1506

City and County    Chicago

State and Zip Code    Illinois        60616

Telephone Number (312) 794-5544 Cell (312) 539-0930

E-mail Address (if known)  www.Becky2936@gamail.com


C.        The Plaintiff(s)

Name        Tonya D Harris

Street Address        2138 South Indiana #1506

City and County        CHICAGO,

State and Zip Code    ILLINOISE 60616

Telephone Number (312) 794-5544 Cell (312) 539-0930

E-mail Address (if known) www.tonyakelidesigns.com

D.        The Plaintiff(s)

Name        Keli C Harris

Street Address        2138 South Indiana #1506

City and County        CHICAGO,

State and Zip Code ILLINOISE 60616

Telephone Number (312) 794-5544 Cell (312) 539-0930

E-mail Address (if known)  www.@kelicarter@gmail.com

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name | BALLACK OBAMA
Job or Title (if known) | In Cumbency of The United States
Street Address | The office of Barrack obamaPoBox51000
City and County | Washington, DC
State and Zip Code | DC 20064
Telephone Number | 202 456-1414
E-mail Address (if known) |

Defendant No. 2

Name | JOE Biden
Job or Title (if known) | Retired
Street Address | 44 KentWay
City and County | Newark
State and Zip Code | DE 19714
Telephone Number | (202) 456-1414
E-mail Address (if known) |

Defendant No. 3

Name | George W Bush
Job or Title (if known) | CEO Bush Center
Street Address | office of George W Bush P.O. Box25900
City and County | Dallas
State and Zip Code | Texas 75225
Telephone Number | (202) 456-1414
E-mail Address (if known) |

Defendant No. 4

Name | Hillary Clinton
Job or Title (if known) |
Street Address | PO Box 5254
City and County | New York
State and Zip Code | NY 10185
Telephone Number | 202 653-6000
E-mail Address (if known) |

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the

defendant is an individual, a government agency, an organization, or a corporation. For

an individual defendant, include the person's job or title (if known). Attach additional

pages if needed

Defendant NO. 5

Name                ROBERT TAFT

Job or Title (if Know)  GOV. STATE OF OHIO    2020

Street Address      300 College Park

City and County     Dayton Montgomery

State and Zip Code  Ohio 45469

Telephone Number    937-229-4012

E-mail Address (if known) www@universityofdayton.com

www.williamtaftfoundation.com

Defendant NO. 6

Name                         Donald Trump

Job or Title (if Know)       Office of The President

Street Address               1600 Pennsylvania Ave N.W.

City and County              Washington

State and Zip Code           DC 20500

Telephone Number

E-mail Address (if known)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. §1331
18 USCS §670 Theft of Medical Product
USCS Const Art 1, § 8. C13 part 1 of 2 Commerce Clause

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Ronald Harris II , is a citizen of the State of *(name)* OHIO .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* Ronald Harris II , is incorporated under the laws of the State of *(name)* OHIO ,

and has its principal place of business in the State of *(name)*

PARTICULAR CONSULTANTS

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Barrack obama , is a citizen of the State of *(name)* Illinoise . Or is a citizen of *(foreign nation)*

B.        The Plaintiff(s)

        Name        Rebecca L HARRIS

        Street Address    2138 South Indiana #1506

        City and County    Chicago

        State and Zip Code    Illinois        60616

        Telephone Number (312) 794-5544 Cell (312) 539-0930

    E-mail Address (if known)_ www.Becky2936@gamail.com


C.        The Plaintiff(s)

        Name        Tonya D Harris

        Street Address        2138 South Indiana #1506

        City and County        CHICAGO,

        State and Zip Code    ILLINOISE 60616

        Telephone Number (312) 794-5544 Cell (312) 539-0930

        E-mail Address (if known) www.tonyakelidesigns.com

D.        The Plaintiff(s)

        Name        Keli C Harris

        Street Address        2138 South Indiana #1506

        City and County        CHICAGO,

        State and Zip Code ILLINOISE 60616

        Telephone Number (312) 794-5544 Cell (312) 539-0930

    E-mail Address (if known) www@kelicarter@gmail.com

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _Barrock obams_ , is incorporated under the laws of the State of *(name)* _Brothes Kerpers_ , and has its principal place of business in the State of *(name)* _illinoive_ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _obams Fundstlea_

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy _Ten Million – $10,000,000_

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_Medical – Hospitalization – Travel – Mental – Hardship Loss of wnJes – Investmont – endanjuments_

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_See attachments Due To Multiple Neglioeet INTELLECTUAL PROPERTY RIGHTS persen Enfeies thur property Copyrghts / patents PATEIT NO. 5430176460p Blood Boene Disease Sant Dude ALTERNATIVE ENERGY PATENT NO. 548096726np ATomic + MAjnetic_

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_plantiff Ronno E Harris II Seeking $10,000,000 in property damejes_

_SEE Attnchments_

**STATEMENT OF CLAIMS**

<u>CLAIM 1</u> Each Defendant has failed to provide and protect the people and their property's defined trade secrets requested to Congress See Congress reviews 136 ASSEMBLY. This H.B. request reports the Death toll of Cancer deaths to the American people along with Drug Pricing Soering over cost 18 USCS & 1331 Major Fraud against the United States (a) Scheme or see H.B.340 Pharma USCS Const Art 1, & 8 C 13 Part 1 of 2 Commerce Clause 18 USCS § 669 Theft or embezzlement in connection with health care.

The Obama Administration thru out are a witness to the very request inquirers of the property's

  (1) Evidence Patent No.543017646np Blood Borne Disease
  (2) <u>Copy Right Registration 1DP10314MS: LO2-Copy Right 02/18/2023.</u>By Ronald E Harris II

Harris v. ADAMH Board of Franklin County OCR Transaction Number: 25-618051 Enforcement Division Humphrey Building 200 Independence Ave S.W. 5th Floor Washington DC 20201 (800) 537-7697 Fax (202) 619-3831 http://www.hhs.gov/ocr karel.hadacek@hhs.gov PUBLIC INTEGRITY UNIT 180 CIVIC CENTER DR. COLUMBUS OHIO 43215 CERTIFIED MAIL NO.9589 0710 5270 0862 4055 90 www@publicintegrity.gov RANDON CANCER CURE PROVIDED TO COLUMBUS HEALTH DEPARTMENT

<u>CLAIM 2</u>  Please see prior request ECS 11/13/25 Creation of documents before Library demolition which in return has only been

multiple setbacks to get this successive request to not review all similar petition denied. All prior request and promises by respondent(s) in witness questioning (1) Barrack Obama CEO Brothers Keepers (2) Joe Biden retired (3) George w Bush CEO BUSH FOUNDATION (4) Hillary Clinton (5) Robert Taft 2003 (6) Donald Trump CEO Trump Plaza. Within the lack of good serums and vaccines!

CLAIM 3   Neglect of medical for the plaintiffs mental and physical trauma for the very requesting of cancer cures enclosed 2008 FBI Director Robert Muller (1) Rebecca L Harris (2) Tonya D Harris (3) Keli Carter

  Relief

Plaintiff ask the order of Peace and dignity be restored to there housing location which the address 2936 west 83rd street Chicago was forfeited because of massive Heart attacks and multiple created dilemmas which followed the Plaintiffs to 2138 South Indiana #1506 Chicago Illinois  www@becky2936.gmail.com  www@pbs.org.nova.com  www@gao.com www@phema.gov  www@legistature.ohio.gov

Printed Name of Attorney DUNLAP BENNETT & LUDWIG PATENT ATTORNEY PLLC 211 CHURCH ST. SE LEESBURG VA 20175 (855) 818-3663 patent@dbllawyers.com & www.justice.gov/criminalfraud/health

TO: DAVISON INVENTION RIDC PARK 595 ALPHA DR. PITTSBURG, PA

15238 LEGAL MEMEO: DAVISON licensing PROJECT REVIEW ATTN

PROJECT MANAGER EDWARD ROSSETTI www@davison.com

ALTERNATIVE ENERGY Patent N0.548096721np Atomics + Magnetic

Forcefield = FIX Wunderlich Act Best Energy in the world Attached

Witness        www@srolland@hotmail.com

Witness        www@bobbyfirstdiversity.com

Witness        www@particularconsultants.com

Serviced to Kash Patel FBI Director Certified Mail No.9589 0710 5270 0738 6310 47 5/12/2025

Actual damages claimed $ Ten Million

Punitive damages claimed $ Ten Million

Exemplary damages claimed $ Ten Million

USCS Fed Rules Civil Proc. 3 Single Document

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      4/18/2026

Signature of Plaintiff        *Ronald E Harris II*

Printed Name of Plaintiff     Ronald E Harris II

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney     DUNLAP BENNETT & LUDWIG

Bar Number

Name of Law Firm             DUNLAP BENNETT & LUDWIG

Street Address               211 CHURCH ST. SE

State and Zip Code           LEESBURG VA

Telephone Number             855 818-3663

E-mail Address               patent@dbllawyers.com

Page 5 of 5